# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2018

## NO. 03-18-00181-CV

**Douglas Cones, Appellant**

**v.**

**Lynn B. Helton, as Independent Executrix of the Estate of Julian Denning Driscoll, Deceased, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND

Douglas Cones has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.